UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER HADE,

                    Plaintiff,

                -against-

FEDEX CORPORATION and FEDEX
CORPORATE SERVICES, INC.,

                    Defendants.

26-CV-3097 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On April 15, 2026, Defendants filed a notice of removal of this action from the Supreme Court of New York, Rockland County, asserting removal was proper on the basis of diversity jurisdiction. *See* ECF No. 1. No Complaint was attached. Counsel for all parties have entered their notices of appearance on the docket. Plaintiff shall file his Complaint by **May 4, 2026**. Defendant shall have 21 days from Plaintiff's filing of the Complaint in this action to answer or move in response.

Dated:  April 29, 2026
        White Plains, New York

                                  SO ORDERED.

                                  *Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge